IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF KANSAS

MARJORIE A. CREAMER,            )
                                )
            Plaintiff,          )
                                )
    v.                          )       Case No. 11-4066-WEB
                                )
SMITH COUNTY SHERIFF            )
DEPARTMENT, KAREN BORTZ,        )
CHRIS LINNEMAN, CHAD MEYER,     )
                                )
            Defendants.         )

Memorandum and Order

Plaintiff Marjorie Creamer was warned that filing motions in a closed case would result in filing restrictions. Because Creamer continued to file motions in a case that was dismissed, the Court issued an Order imposing filing restrictions, and allowing Creamer 10 days to file objections to the proposed filing restrictions. (Doc. 32). Creamer filed objections, arguing that she has every right to represent herself, that there has not been an answer filed in Civ. Case No. 11-4028, and she should have won in default.

Creamer's objections do not address the reasons set forth in the original order for the filing restrictions. Creamer continues to argue her case to this Court, although the case is closed and her motions have been denied. Obviously, regardless of the Court's rulings, Creamer is going to continue to raise arguments and attempt to keep the controversy alive. Because Creamer's objections are meritless, they are denied.

The Court imposes the following order:

Creamer is prohibited from filing another document in this action, Case No. 11-

4066-WEB, unless she is represented by counsel.

Creamer may only file a pro se document after she provides a notarized affidavit that verifies with particularity how the contemplated filing entitles her to relief. The affidavit must provide notice of the restriction and must provide a copy of the proposed filing as an exhibit.

Upon compliance with the above stated requirements, the Court will review the affidavit and the proposed filing to determine whether it should be accepted for filing.

If Creamer attempts to file any document that fails to comply with these restrictions, the Clerk of the Court is directed not to accept and / or file the document.

IT IS SO ORDERED this 10th day of January, 2012.

Wesley E. Brown
United States Senior District Court Judge